IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSEPH LATORRE, | ) CASE NO.: 1:24-cv-02006 |
| | ) |
| Plaintiff, | ) JUDGE PATRICIA A. GAUGHAN |
| | ) |
| vs. | ) |
| | ) **PLAINTIFF'S MOTION TO EXTEND** |
| CUYAHOGA COUNTY, OHIO, et al. | ) **DEADLINE TO FILE DISMISSAL** |
| | ) |
| Defendants. | ) |
| | ) |

Now comes Plaintiff, by and through undersigned counsel, and hereby respectfully requests this Honorable Court issue an Order extending by 30 days, or until October 1, 2026, the deadline to file a formal Dismissal Entry. The Court should note that a settlement was reached, and the parties are still awaiting probate court approval. Therefore, Plaintiff requests an additional extension of time of 30 days and that during this time, assuming all probate issues are resolved, a final dismissal entry will be filed with the Court.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this Honorable Court issue an Order extending by 30 days, or until October 1, 2026, to file a formal Dismissal Entry.

Respectfully submitted,

*/s/ Thomas D. Robenalt*

THOMAS D. ROBENALT (0055960)
ALEXANDER H. MAXWELL (0101248)
**THE ROBENALT LAW FIRM, INC.**
23550 Center Ridge Road, Suite 103
Westlake, Ohio 44145
Phone: (216) 223-7535
Fax: (216) 307-2352
E-mail:trobenalt@robenaltlaw.com
amaxwell@robenaltlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, a copy of the foregoing was filed electronically with the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Thomas D. Robenalt*

THOMAS D. ROBENALT (0055960)
ALEXANDER H. MAXWELL (0101248)
**THE ROBENALT LAW FIRM, INC.**

*Attorneys for Plaintiff*